IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00335-GCM

| | |
|---|---|
| ANDRE ANTONIO DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> ALPHABET GOOGLE, <br> SUNDAR PICHAI, <br> BLACKROCK FUND ADVISORS, <br> THE VANGUARD GROUP, <br><br> Defendants. | **ORDER** |

This matter is before the Court *sua sponte*. The *pro se* Plaintiff filed his Complaint on July 12, 2021 and filed his Amended Complaint on July 15, 2021. The Court has reviewed the Amended Complaint and it appears that the Amended Complaint is frivolous on its face and fails to state a claim upon which relief can be granted. Accordingly,

**IT IS THEREFORE ORDERED** that the Amended Complaint is hereby dismissed with prejudice, and the clerk is directed to close this case.

Signed: July 21, 2021

Graham C. Mullen
United States District Judge