# United States District Court
# Western District of North Carolina
# Charlotte Division

| Andre Antonio Davis**,** | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 3:21-cv-00335-GCM |
| vs. | ) | |
| Alphabet Google et al**,** Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2021 Order.

July 21, 2021

Frank G. Johns, Clerk
United States District Court